685 A.2d 943

JOAN P. KELLY, PLAINTIFF–APPELLANT, v. GERIATRIC & MEDICAL CENTERS, INC. T/A COOPER RIVER CONVALESCENT CENTER, DEFENDANT–RESPONDENT, AND JOHN DOES (1–5), JOHN DOES (6–10), AND JOHN DOES (11–15), J/S/A, DEFENDANTS.

Argued November 19, 1996—Decided December 19, 1996.

*Jaffa F. Stein* argued the cause for appellant (*Tomar, Simonoff, Adourian, O'Brien, Kaplan, Jacoby & Graziano*, attorneys; *Franklin P. Solomon*, on the briefs).

*Francis E. Schachtele* argued the cause for respondent (*Blejwas, Knapp & Schachtele*, attorneys).

PER CURIAM.

The judgment is affirmed, substantially for the reasons expressed in the opinion of the Appellate Division, reported at 287 *N.J.Super.* 567, 671 *A.*2d 631 (1996).

*For affirmance*—Chief Justice PORITZ, and Justices HANDLER, POLLOCK, O'HERN, GARIBALDI, STEIN and COLEMAN—7.

*Opposed*–None.